UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH MUMPHERY,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.
_____/

Case No. 1:18-cv-576

HON. JANET T. NEFF

## **ORDER**

Pending before the Court is Defendants' request for a pre-motion conference, proposing to file a motion to dismiss all five counts of Plaintiff's Complaint (ECF No. 10). Plaintiff has filed a response in opposition, asserting his intention to amend his complaint to cure alleged deficiencies (ECF No. 13). Having reviewed the parties' pre-motion conference filings and considered the case circumstances, the Court will deny Defendants' pre-motion conference request without prejudice to permit the filing of an amended complaint before proceeding with a dispositive motion:

**IT IS HEREBY ORDERED** that Plaintiff shall file an amended complaint not later than **September 10, 2018**; Defendants shall have **14 days** after the filing of the amended complaint to file a renewed pre-motion conference request and/or an answer.

The parties shall otherwise adhere to the requirements for briefing and filing dispositive motions, as set forth in Judge Neff's Information and Guidelines for Civil Practice, available on the Court's website (www.miwd.uscourts.gov).

Dated: August 24, 2018

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge