UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KEITH MUMPHREY, | : |
| | : Case No. 1:18-cv-00576-JTN-ESC |
| PLAINTIFF, | : |
| | : |
| v. | : |
| | : |
| MICHIGAN STATE UNIVERSITY, et al., | : |
| | : |
| DEFENDANTS. | : |
| | : |

## SUBSTITUTION OF ATTORNEY & NOTICE OF APPEARANCE

Notice is hereby given that, subject to approval by the Court, Defendant Elizabeth Abdnour substitutes Eric K. Combs of Dinsmore & Shohl LLP as counsel of record in place of Lee T. Silver and Michael L. Gutierrez of Silver & Van Essen PC.

/s/ Eric K. Combs
Eric K. Combs
Dinsmore & Shohl LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH  45202
(513) 977-8677
eric.combs@dinsmore.com


/s/ Lee T. Silver
Lee T. Silver
Michael L. Gutierrez
Silver & Van Essen PC
300 Ottawa Ave., NW, Suite 620
Grand Rapids, MI  49503
(616) 988-5600
ltsilver@silvervanessen.com
mgutierrez@silvervanessen.com

IT IS SO ORDERED.

Date: March 11, 2019                                    /s/ Janet T. Neff
                                                        Janet T. Neff
                                                        U.S. District Court Judge