IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KEITH MUMPHERY, : <br> : <br> Plaintiff, : <br> : Civil Action No. 1:18-cv-00576 <br> v. : <br> : Hon. Janet T. Neff <br> MICHIGAN STATE UNIVERSITY, : <br> MICHIGAN STATE UNIVERSITY BOARD : <br> OF TRUSTEES; LOU ANNA SIMON, individually : <br> and as agent for Michigan State University, LIZ : <br> ABDNOUR, individually and as agent for Michigan : <br> State University, ANDE DUROJAIYE, individually : <br> and as agent for Michigan State University, RICK : <br> SHAFER, individually and as agent for Michigan : <br> State University, : <br> : <br> Defendants. : | |

## JOINT NOTICE REGARDING MEDIATION

The Parties in the above-caption case, in accordance with the Court's December 26, 2018 Order [ECF No. 24], provide notice to the Court that they completed mediation on February 28, 2019.  While the mediation did not result in a settlement of the case, the Parties would like two more weeks to continue their ongoing settlement discussions that have followed the mediation. The Parties hereby request until March 29, 2019 to continue settlement discussions before a briefing schedule is put in place for Motions to Dismiss.

*[ Signature page follows ]*

Respectfully submitted,

s/ Stuart Bernstein

_____
Stuart Bernstein, Esq.
NESENOFF & MILTENBERG, LLP
363 Seventh Ave., 5th Fl.
New York, NY 10001
(212) 736-4500
sbernstein@nmllplaw.com

*Attorney for Plaintiff Keith Mumphery*

s/ Michael E. Baughman

_____
Michael E. Baughman, Esq.
Eli Segal, Esq.
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000
baughmam@pepperlaw.com

*Attorneys for Defendants Michigan State University, Michigan State University Board of Trustees, Lou Anna Simon, Ande Durojaiye, Denise Maybank and Rick Shafer*

s/ Eric Kendall Combs

_____
Eric Kendall Combs, Esq.
DINSMORE & SHOHL, LLP
255 E. Fifth St., Ste. 1900
Cincinnati, OH 45303
(513) 977-8677
eric.combs@dinsmore.com

*Attorney for Defendant Liz Abdnour*

Dated: March 14, 2019

-3-

## **CERTIFICATE OF SERVICE**

      I certify that on March 14, 2019, pursuant to Local Rule 5.7, I filed the above Joint Notice Regarding Mediation through the Court's Electronic Case Filing (ECF) system.

      s/ Michael E. Baughman
      _____
      Michael E. Baughman, Esq.