UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH MUMPHERY,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.

_____/

Case No. 1:18-cv-576

HON. JANET T. NEFF

## ORDER

This matter is before the Court on the parties' Joint Notice Regarding Mediation (ECF No. 31). The parties request an extension of time, until April 12, 2019, to continue settlement discussions before a briefing schedule on the anticipated motion to dismiss is issued. The Court, having reviewed the parties' request, will grant the extension. Accordingly:

**IT IS HEREBY ORDERED** that the parties shall continue mediation and shall, <u>not later than April 12, 2019</u>, file a joint notice indicating that the parties:

(1) have reached a resolution of this matter and dismissal papers are forthcoming, including a proposed deadline to file the dismissal papers;

(2) are continuing to negotiate a resolution and request more time to do so, including a detailed explanation of the efforts made thus far, what remains to be done to complete the process, and the additional time necessary; or

(3) were unable to reach a resolution of this case, additional time to do so would likely not be productive without further proceedings in this matter, and a briefing schedule on the anticipated motion to dismiss is necessary, including a proposed schedule.

Dated: March 29, 2019

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge