UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH MUMPHERY,

    Plaintiff,

v.

                                     Case No. 1:18-cv-576

MICHIGAN STATE UNIVERSITY, et al.,           HON. JANET T. NEFF

    Defendants.
_____/

## ORDER

This matter is before the Court on the parties' Joint Notice Regarding Mediation (ECF No. 33). The parties request an extension of time, until May 3, 2019, to continue settlement discussions before a briefing schedule on the anticipated motion to dismiss is issued. The Court, having reviewed the instant request and having previously granted an extension, finds that an extension is warranted but warns that further requests to extend the deadline will require trial counsel to appear in person for a status conference. Accordingly:

**IT IS HEREBY ORDERED** that the parties shall continue their settlement discussions and shall, <u>not later than May 3, 2019</u>, file a joint notice indicating that the parties:

(1)    have reached a resolution of this matter and dismissal papers are forthcoming, including a proposed deadline to file the dismissal papers;

(2)    are continuing to negotiate a resolution and request more time to do so, including a detailed explanation of the efforts made thus far, what remains to be done to complete the process, and the additional time necessary; and with the understanding that trial counsel will need to appear for a status conference; or

(3)    were unable to reach a resolution of this case, additional time to do so would likely not be productive without further proceedings in this matter, and a briefing schedule on the anticipated motion to dismiss is necessary, including a proposed schedule.

Dated: April 15, 2019                                       /s/ Janet T. Neff
                                                                    JANET T. NEFF
                                                                    United States District Judge