United States District Court
for the Western District of Michigan

# REPORT FOLLOWING
## VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:18-cv-00576 | Mumphery v MSU | 5.9.19 |

**PARTIES**   Attendees

| Name | On Behalf Of |
|---|---|
| Keith Mumphrey | Plaintiff |
| Brian Quinn | Defendant |
| | |
| | |
| | |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Andrew Miltenberg | Plaintiff |
| Brian Konieres | Plaintiff |
| Michael Baughman | Defendant |
| | |
| | |
| | |

Result:   [✓] Settled in full - Final paperwork will be filed by:
          [ ] Mediation continuing - Date of Next Session
          [ ] Not settled - Mediation Completed

Dated: 5.9.19          /s/ William W. Jack

                       Mediator

Rev'd 8/2005