UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH MUMPHERY,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.

_____/

Case No. 1:18-cv-576

HON. JANET T. NEFF

## ORDER

This Court having been informed through the filing of the Report Following Voluntary Facilitative Mediation Session (ECF No. 35) of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Janet T. Neff, United States District Judge, shall be filed with the Court no later than June 7, 2019.

Dated: May 10, 2019

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge