UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH MUMPHERY,

    Plaintiff,

v.

HON. JANET T. NEFF
Case No. 1:18-cv-576

MICHIGAN STATE UNIVERSITY, et.al.,
    Defendants.

___

## STIPULATION AND ORDER TO DISMISS

NOW COME the above-named parties, by and through their respective attorneys and do hereby stipulate and agree that this matter be dismissed with prejudice as to all parties and without costs or attorney fees to any party.

By: *Stuart Bernstein*

NESENOFF & MILTENBERG, LLP
Stuart Bernstein, Esq.
363 7th Avenue, 5th Fl.
New York, New York 10001
(212) 736-4500
sbernstein@nmllplaw.com

*Attorney for Plaintiff Keith Mumphery*

By: *Michael Baughman*

PEPPER HAMILTON, LLP
Michael E. Baughman, Esq.
Eli Segal, Esq.
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 10103
(215) 981-4000
baughman@pepperlaw.com

*Attorneys for Defendants Michigan State University, Michigan State University Board of Trustees, Lou Anna Simon, Ande Durojaiye, Denise Maybank and Rick Shafer*

By: *Eric Kendall*
DINSMORE & SHOHL, LLP
Eric Kendall Combs, Esq.
255 E. Fifth St., Ste. 1900
Cincinnati, OH 45303
(513) 977-8677
Eric.combs@dinsmore.com
*Attorney for Defendant Liz Abdnour*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH MUMPHERY,

    Plaintiff,

v.

HON. JANET T. NEFF
Case No. 1:18-cv-576

MICHIGAN STATE UNIVERSITY, et. al.,
    Defendants.

## ORDER TO DISMISS

PRESENT: HON. JANET T. NEFF
United States District Court Judge

The parties, having stipulated to the above dismissal of claims and the Court otherwise being fully advised in the premises;

IT IS HEREBY ORDERED that the foregoing matter is dismissed with prejudice and without costs or attorney fees to either party.

_____
HON. JANET T. NEFF

Date: